IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SHIHEEM AMOS | : | NO. 2011-11-1 |

ORDER

AND NOW, this 24th day of March, 2014, it is Ordered that the defendant's motion, docket entry#50, for an extension of time to file brief in support and memorandum of law and the government's motion, docket entry #53, to dismiss petition under 28 U.S.C. §2255 are DENIED as moot.

ATTEST:     or      BY THE COURT

BY:_____       _____
    Deputy Clerk                        Judge

Civ 12 (9/83)

Copies ecmf on _____ to:         Copies mailed on 03-25-2014 to:
                                       Shiheem Amos, Deft.